him referred to the Court, denied without prejudice to a renewed application if the parties represent that they intend to file a timely petition for a writ of certiorari before this Court. Motion of Buzz Mills for Governor Campaign for leave to file a brief as amicus curiae granted.

**No. 09M98. D. S., Petitioner v. Los Angeles County Department of Children and Family Services.**

560 U.S. 938, 130 S. Ct. 3379, 176 L. Ed. 2d 1244, 2010 U.S. LEXIS 4516.

June 1, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 09-9871. Donald G. Jones, Petitioner v. The Shaw Group, et al.**

560 U.S. 938, 130 S. Ct. 3379, 176 L. Ed. 2d 1244, 2010 U.S. LEXIS 4561.

June 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 22, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-9986. Ganiyu Jaiyeola, Petitioner v. Carrier Corporation.**

560 U.S. 938, 130 S. Ct. 3380, 176 L. Ed. 2d 1244, 2010 U.S. LEXIS 4444.

June 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 22, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-10192. Anthony P. Bell, Petitioner v. United Parcel Service, Inc.**

560 U.S. 938, 130 S. Ct. 3380, 176 L. Ed. 2d 1244, 2010 U.S. LEXIS 4447.

June 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 22, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-10453. Charles A. Gravenhorst, Petitioner v. United States.**

560 U.S. 938, 130 S. Ct. 3380, 176 L. Ed. 2d 1244, 2010 U.S. LEXIS 4443.

June 1, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 22, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-837. Mayo Foundation for Medical Education and Research, et al., Petitioners v. United States.**

560 U.S. 938, 130 S. Ct. 3353, 176 L. Ed. 2d 1244, 2010 U.S. LEXIS 4390.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit granted.

Same case below, 568 F.3d 675.